**12 CV 03260**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_State of New York_

---

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_Sam H James W_
_P O Box 13 Hearst SES_

---

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

___ Civ. _____ (__) (__)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, _Sam H James W_ *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _$990.00_

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment  _Dunsley_
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _Social Security Dis._

   a) Are you receiving any public benefits?    ☒ No.    ☐ Yes, $_____.

   b) Do you receive any income from any other source?    ☐ No.    ☐ Yes, $_____.

RECEIVED APR 24 2012 PRO SE OFFICE

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of __April__, __2012__
            date                  month          year

_____
                Signature