1

# 12 CV 03260

Sam H. James Pro-Se

P.O. Box 13

East Orange, New Jersey 07017

United States District Court

Manhattan Community Courts

315 West 54 Streets

New York, New York 10017



Motion for Notice of Removal from State Court to United States District Court, Title 28, 1446 Section (c) 1; Federal Question, Civil Rights Question

I Sam H. James Jr. request to move case 43345849-8 to United States District Court New York 500 Pearl Street New York, New York 10007-1312. For Denial of Due Process of Law, Court denied my filing of Motion to Dismiss on March 16, 2012. I have Notice in most Municipal or Community Courts fraternal trials are given. **My Motion is based on People vs. Torres, Misc. 3D. 126 (A) (Appellate Term 1st Dep't 2003) The assertion  The United States Code 1985 (3) the Judge and the Police Officer Conspired to dismiss the Trespassing case in a Private Business, Mc Donald's is a private business. 3078 the Defendant drank or consumed and alcoholic beverage or possessed, "with Intent to drink or consume an open container, an ~~open container, containing an open container~~, if the summons does not contain these words, the charge is subject to outright dismissal.** Also New York Police Officers use discretion as means to discriminate against blacks, on holidays and other incidents because I was with White Woman. I am 21 years of age

legal to drink, and not disorderly. Plus I am Homeless. Section 154 of 23 U.S.C. was designed for Motor Vehicle Law., but not passengers and not Public Streets, the Cities and State Agencies have changed the laws of open container, irrespective of its Federal meaning Motor Vehicles, Racial Profiling by White Officer, because I was with White Woman, On Holiday Jan 2, 2012.  Also Racketeering by Municipalities in the United State Federal Jurisdiction various and States have laws for open containers in Motor Vehicles not for the use of Commerce and Trade Articles, State Administrative and Municipal Courts have created laws in another direction creating false penalties for our Citizens, robbing the Public of taxed paid privileges' of Commerce.  The Federal Government has no such law, for people who buy Alcoholic Beverages; this is Discrimination, and unequal enforcement of Open Container Laws by Police, against a certain class of Citizens and by Municipal Governments that can be sued as a person. Here we have Municipalities, violating Commerce & Trade people are of drinking lawful age Municipalities are racketeering off of State Law, Possible Human Rights violations by Municipalities. Federal Government should review Rico Act Section 1962(C) Vicarious Liability and arguments for expanding scope and Element. A lot of Americans are Homeless, and cities are violating its own rights Theft by Deception and Unequal Enforcement of Municipal Ordinances by Police officers, the poor are being discriminated against. Attached is the summons's.

I certify the above is true to the best of my Ability, if willfully false I may be punished

Sam H. James Jr.

Notice of Motion for Removal of State Case to United States District Court will be served on all parties and a second Notice of Removal will be served as needed.

CC: Melissa Jackson 646-386-4615 De Minimus Infraction, to trivial to warrant Condemnation of Conviction, but this is what our Unfair Government does to its people.

AA-500 (1/06)

COMPLAINT/INFORMATION

**433458549-8**

The People of The State of New York VS.

Susp/Rev Check ☒ Yes ☐ No
Motorist Exhibited License ☒ Yes ☐ No

| Last Name | First Name | M.I. |
|---|---|---|
| James | Sam | |

| Street Address | Apt. No. |
|---|---|
| 279 4th Avenue | 406 |

| City | State | Zip Code |
|---|---|---|
| East Orange | NJ | 07017 |

| ID Number | Date of Birth | Sex |
|---|---|---|
| J0351687680 7522 | MO 07 DAY 30 YR 52 | M |

| Lic. State | Lic. Class or ID Type | Date Expires | Operator Owns Vehicle |
|---|---|---|---|
| NJ | D | MO 09 DAY 30 YR 12 | ☐ Yes ☐ No |

OPERATOR AND/OR OWNER OF VEHICLE BEARING LICENSE

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| AM/PM Time | Date of Offense | County | Precinct |
|---|---|---|---|
| AM 07:16 | 01/03/12 | NYC | 014 |

Place of Occurrence: I/O 490 8th Avenue

IN VIOLATION OF
Sec 10-125 (2b)    Admin. Code ☒

Description of Violation: Open Container in public

The person described above is summoned to appear at CRIMINAL COURT

Located at 314 W. 54th St.    Summons Part AR6    County NYC

Date of Appearance 9:30 a.m. 16th day of March year 2012

I personally observed the commission of the offense charged above. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law. Affirmed under penalty of perjury.

Rank/Full Signature of Complainant: PO Christopher Cook

Complainant's Full Name (printed): Cook

Command Code: 014

Agency/NCIC: NYPD    Squad: S1    Tax Registry No.: 938260

I acknowledge receipt of this summons. I understand it is my responsibility to read and comply with the instructions on my copy, and that my signature below is not an admission of guilt.

Name: RTS    Date: 01/03/12

AA-500 (1/06)

## CRIMINAL COURT INFORMATION (DESCRIBE OFFENSE)

At T/p/o respondent was observed with open container of alcohol (1.5 liter bottle of Manischewitz).

**WARRANT CHECK**  ☒ Yes   ☐ No

I PERSONALLY OBSERVED THE COMMISSION OF THE OFFENSE CHARGED HEREIN. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW, AFFIRMED UNDER PENALTY OF PERJURY.

Date: 01/03/12     Signature: Christopher Conk

### DEFENDANT DESCRIPTION

Eye Color **BR**   Hair Color **BK**   Ethnicity **Bk**
Ht. **6'1**   Wt. **220**   Phone # ———

### ARRAIGNMENT

Defendant pleads  ☐ Guilty   ☐ Not Guilty

Date _____   Judge _____





* 4 3 3 4 5 8 5 4 9 8 *

United States District Court Southern District of New York

State of New York
vs
Sam A James Jr

Notice of Removal


RECEIVED APR 24 2012 PRO SE OFFICE